SCWC-14-0001086

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RICHARD A. VILLAVER,
Petitioner/Plaintiff-Appellant,

vs.

DAVID KAWIKA SYLVA; HAWAII MEGA-COR, INC.,
a Hawaii domestic for-profit corporation,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001086; CIVIL NO. 10-1-2445)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Richard A. Villaver's application for writ of certiorari filed on January 22, 2018, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, March 12, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson